IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEITH RUSSELL JUDD,                         No. C-10-2371 TEH (PR)

      Petitioner,

      v.                                   ORDER OF TRANSFER

HARLEY G. LAPPIN, et. al.,

      Respondent(s)

_____/

      Petitioner, a federal prisoner incarcerated at the Federal Correctional Institution in Texarkana, Texas, and frequent litigant in federal court, has filed what appears to be a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging federal criminal proceedings that originated in 1998 in the United States District Court for the Western District of Texas, Midland-Odessa Division.  See United States v. Judd, No. 98-cr-00093-RAJ-1 (W.D. Tex. filed June 24, 1998).  It is unclear why Petitioner initiated this habeas action in the United States District Court for the Northern District of California, when venue properly lies in the United States District Court for the Western District of Texas,

1  Midland-Odessa Division.  See 28 U.S.C. § 124(d)(7).
2        Accordingly, in the interest of justice and pursuant to 28
3  U.S.C. section 1406(a) IT IS ORDERED that this action be TRANSFERRED
4  to the United States District Court for the Western District of
5  Texas, Midland-Odessa Division.
6        The Clerk shall transfer this matter and terminate all
7  pending motions as moot.

10       IT IS SO ORDERED.

13 DATED    06/28/10              _____
                                  THELTON E. HENDERSON
14                                United States District Judge

26 G:\PRO-SE\TEH\HC.10\Judd-10-2371-HC-transfer-WDTX.wpd

**2**